UNITED STATES DISTRICT COURT FOR THE
Northern District OF NEW YORK

-----------------------------------------------------------------X     Civil Action No.: 22-cv-01209

Freedom Mortgage Corporation

                              Plaintiff,          **ORDER APPOINTING**
                                                  **SUBSTITUTE REFEREE**

          -against-

Joshua P. Burke

                                        Defendants.
-----------------------------------------------------------------X

      **UPON** the Summons In a Civil Action (the "Summons") filed in this action on November 16, 2022 and Complaint (the "Complaint") filed in this action on November 15, 2022 and on the Notice of Pendency filed in the Broome County Clerk's office on November 28, 2022 and refiled January 24, 2023, the Default Judgment and Judgment of Foreclosure and Sale duly filed and entered in this action, and the declaration of Robert Tremaroli, Esq., dated April 4, 2024,  from which  it appears that this is an action to foreclose a mortgage on property located at 23 Howard Avenue, Binghamton, NY 13904 and that Thomas F. Cannavino, Esq. is unable to serve in his/her capacity as referee and no appearance having been required or made by the attorneys for the parties herein and upon submission and due deliberation having been had thereon.

      **NOW**, upon motion of Frenkel, Lambert, Weiss, Weisman & Gordon, LLP, attorneys for the plaintiff

      **ORDERED**, that the Referee, Thomas F. Cannavino, Esq., duly appointed herein pursuant to the Judgment of Foreclosure and Sale dated February 23, 2024, be and is hereby relieved and discharged of any and all obligations

      **ORDERED,** that   Joelle E Rotondo Esq.     with offices at 6701 Manlius Center Road Suite 204, East Syracuse, NY 13057, phone number   315-437-3909     is hereby appointed substitute referee to Sell; and it is further

**ORDERED**, that all other provisions contained in the Default Judgment and Judgment of Foreclosure and Sale filed in the Northern District of New York on February 23, 2024, remain in full force and effect.

Glenn T. Suddaby
U.S. District Judge

Dated: April 12, 2024

Our File No.: 01-096248-F00